■ In the Matter of the Application of ANGELOS PETER ROMAS for Reinstatement as an Attorney and Counselor at Law.—Application for reinstatement granted and petitioner, Angelos Peter Romas, reinstated as an attorney and counselor at law effective immediately. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.